

**ORDERED in the Southern District of Florida on January 16, 2026.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re:<br><br>UNI SYSTEMS DO BRASIL LTDA., a Brazilian foreign entity,<br><br>Debtor in a Foreign Proceeding. | Case No. 1:26-bk-10322<br><br>Chapter 15 |

**ORDER GRANTING FOREIGN REPRESENTATIVE'S MOTION FOR
<u>AUTHORITY TO FILE PAPERS UNDER SEAL</u>**

THIS CASE came upon the Foreign Representative's Motion to File Under Seal and in Redacted Form Chapter 15 Petition for Recognition of Debtor's Brazilian Bankruptcy Proceeding and Motion for Order Granting Related Relief Pursuant To 11 U.S.C. § 1521 (the "Motion to Seal"). After considering the Motion to Seal and being otherwise fully advised in the premises, it is

**ORDERED**:

1. The Motion to Seal [ECF No. 5] is **GRANTED**.

2. The Foreign Representative is authorized to file under seal the documents identified as Exhibits C and D to the Declaration of Felipe Barbi Scavazzini and to redact references to the sealed exhibits in public filings in this case.

###

<u>Submitted by</u>:

KING & RUIZ LLP

Gabriela M. Ruiz
Florida Bar No. 46844
gruiz@kingruiz.com
2 S. Biscayne Blvd.
Suite 3200
Miami, Florida,
Tel.: (305) 395-4984

*Attorneys for the Foreign Representative*

*(Attorney Gabriela M. Ruiz is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service within three business days of entry of the order.)*